UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-82028-CIV-MARRA

JANET HOYT,

Plaintiff,

vs.

CUBESMART, L.P., d/b/a CUBESMART
SELF STORAGE,

Defendant.
_____/

## ORDER

This cause is before the Court upon Notice of Voluntary Dismissal with Prejudice (DE 9). The Court has carefully considered the Notice and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the case is dismissed with prejudice. The Clerk shall close the case and all pending motions are denied as moot.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 6th day of March, 2017.

_____
KENNETH A. MARRA
United States District Judge